# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ROBIN A. CUNNINGHAM,**
    Plaintiff,

    v.

**SOUTHWEST AIRLINES,**
    Defendants.

**Civil No. 3:21-CV-1328 (ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on January 8, 2025, at docket 80.

Therefore, pursuant to the Court's Order, Judgment is hereby DISMISSING this case WITH PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 14th day of January, 2025.

                        ADA I. GARCIA-RIVERA, ESQ., CPA
                        Clerk of the Court

                        By: *S/Glorimar Rivera*
                            Glorimar Rivera, Deputy Clerk